USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL TORRES,

                        Plaintiff,           11 Civ. 05762 (RMB) (DF)

      -against-                    **SCHEDULING ORDER**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, *et al.*,

                        Defendants.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

The above-captioned case having been referred to this Court for settlement, it is hereby ORDERED that:

1.    Defendants' counsel shall make arrangements for Plaintiff to participate in a telephone conference call with counsel and the Court on Friday, March 30, 2012 at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
          March 12, 2012

                                      SO ORDERED

                                      DEBRA FREEMAN
                                      United States Magistrate Judge

Copies to:

Hon. Richard M. Berman, U.S.D.J.

Mr. Michael Torres
95-A-0010
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

Mary Y. J. Kim, Esq.
New York State Office
of the Attorney General
120 Broadway
New York, NY 10271