UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                         :

Michael Torres                                       :

               Plaintiff,                :

    -against-                         :        11  Civ. 5762(RMB) (DF)

New York State DOCCS et al.        :        NOTICE OF LIMITED APPEARANCE
                                          :        OF *PRO BONO* COUNSEL
              Defendant.            :
------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      Enter my appearance as *pro bono* counsel in this case on behalf of:

        Plaintiff Michel Torres

      for the limited purpose of representation of Michael Torres in connection with a settlement conference currently scheduled for April 23, 2012.  I certify that I am admitted to practice in this Court.


03/29/2012                              /s/ Erich O. Grosz
Date                                        Signature

                                            Erich O. Grosz             EG5141
                                            Print Name                 Bar No.

                                            909 3rd Ave.
                                            Address

                                            New York       NY          10022
                                            City               State         Zip Code

                                            212 909 6808           212 521 7808
                                            Phone no.               Fax. No.

                                            eogrosz@debevoise.com
                                            Email Address