UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
Michael Torres                                         :
:
    Plaintiff,                                         :
:
    -against-                                          :          11  Civ. 5762(RMB) (DF)
:
New York State DOCCS et al.                            :          NOTICE OF LIMITED APPEARANCE
:          OF *PRO BONO* COUNSEL
    Defendant.                                         :
------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

Plaintiff Michel Torres

for the limited purpose of representation of Michael Torres in connection with a settlement conference currently scheduled for April 23, 2012.  I certify that I am admitted to practice in this Court.


04/19/2012                              /s/ Nicholas S. N. Folly
Date                                    Signature


                                        Nicholas Seth Nesta Folly        NF4632
                                        Print Name                       Bar No.

                                        919 3rd Ave.
                                        Address

                                        New York         NY              10022
                                        City             State           Zip Code

                                        212 909 6669                     212 521 7754
                                        Phone no.                        Fax. No.

                                        nfolly@debevoise.com
                                        Email Address