# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/12

RECEIVED
APR 20 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

April 20, 2012

BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

### Michael Torres v. DOCCS, Case No. 11 Civ. 5762 (RMB)

Dear Judge Berman:

    I am writing with regards to the status conference currently scheduled for April 24, 2012. The parties learned yesterday that the April 23, 2012 teleconference before Magistrate Judge Freeman is only a status conference and that a settlement conference will be scheduled for a later date. We therefore respectfully request that the Court adjourn the April 24 teleconference until a date after the settlement conference before Magistrate Judge Freeman. Counsel for the defendants has consented to this request.

Respectfully submitted,

*/s/ Nicholas Folly*

Nicholas Folly

cc: Mary Y. J. Kim
Office of the New York Attorney General
Division of State Counsel
120 Broadway, Floor 23
New York, New York 10007
Tel. (212) 416-8687

The conference scheduled for 4/24/12 is adjourned to 5/16/12 at 9:00 a.m. Defendant is directed to arrange for Plaintiff to appear telephonically.

SO ORDERED:
Date: 4/20/12

*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai