

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**MEMO ENDORSED**
pg. 2

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/12

Direct Dial: (212) 416-8687

May 14, 2012

BY HAND DELIVERY

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl St., Rm. 21B
New York, NY 10007-1312



RECEIVED
MAY 15 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re: <u>Michael Torres v. NYS DOCCS, et al.</u>, Docket No.11 Civ. 5762

Your Honor:

This office represents the defendants in the above-referenced action.

There is a conference scheduled before Your Honor on Wednesday, May 16, 2012 at 9:00 a.m. The conference was previously adjourned due to the settlement conference before Hon. Judge Freeman being adjourned. The parties had a preliminary conference with Judge Freeman on May 1, 2012 to discuss the possibility of settlement. Much progress has been made with respect to one aspect of a settlement concerning reasonable accommodations for plaintiff's disability. However, more time is required to obtain monetary settlement authority from within this office and the Department of Corrections and Community Supervision. Accordingly, a follow-up conference with Judge Freeman was adjourned to June 8, 2012.

Based upon the foregoing, it is respectfully requested that the conference before Your Honor be adjourned to a date after June 8, 2012. Plaintiff's counsel consents to this request. Thank you.

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Respectfully,

Mary Kim
Assistant Attorney General

cc:   Via Facsimile (212) 521-7754

Nicholas Folly, Esq.
Debevoise & Plimpton, LLP
909 Third Avenue
New York, NY 10022

> The settlement conference on 5/16/12 is adjourned to 6/11/12 at 9:30 a.m.
>
> SO ORDERED:
> Date: 5/15/12
> Richard M. Berman, U.S.D.J.