USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/12



**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL



RECEIVED
JUN 08 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

**MEMO ENDORSED**

BY HAND DELIVERY

June 7, 2012

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl St., Rm. 21B
New York, NY 10007-1312

    Re:    Michael Torres v. NYS DOCCS, et al., Docket No.11 Civ. 5762

Your Honor:

    Defendants respectfully request an adjournment of the conference scheduled before Your Honor on Monday, June 11, 2012 at 9:30 a.m. The conference had been adjourned on four prior occasions due to the pending settlement negotiations and conferences before Judge Freeman. I apologize for yet another request for an adjournment. However, I have a family health situation that I must tend to on Monday. Also, the parties are to attend another settlement conference by telephone before Judge Freeman on Friday, June 8, 2012. Depending on the outcome of that conference, the parties may request to appear in person before Judge Freeman on yet another date the following week, with plaintiff participating by telephone.

    Based upon the foregoing, it is respectfully requested that the conference before Your Honor be adjourned to June 20, 2012. Plaintiff's counsel consents to this request. Thank you.

Respectfully,

Mary Kim
Assistant Attorney General
(212) 416-8687

cc: Via Facsimile (212) 521-7784
Nicholas Foly, Esq.

> The settlement conference on 6/11/12 is adjourned to 6/20/12 at 10:00 a.m. Defendant's attorney for Plaintiff to appear telephonically. Defendant to appear in person.
>
> SO ORDERED:
> Date: 6/8/12
> Richard M. Berman, U.S.D.J.

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV