P.02
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/12

Case 1:11-cv-05762-RMB   Document 30   Filed 07/18/12   Page 1 of 1



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

**MEMO ENDORSED**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

The status conference on 7/19/12 is adjourned to 7/31/12 at 9:30 a.m.

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

July 18, 2012

SO ORDERED:
Date: 7/18/12
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

VIA FACSIMILE (212) 805-6717
Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl St., Rm. 21B
New York, NY 10007-1312

RECEIVED
JUL 18 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

Re:   Michael Torres v. NYS DOCCS, et al., Docket No.11 Civ. 5762

Your Honor:

   Defendants respectfully request an adjournment of the conference scheduled before Your Honor on Thursday, July 19, 2012 at 10:00 a.m. The parties are still conferring as to settlement and have essentially agreed to a dollar amount. However, there are some complications concerning plaintiff's requests for injunctive relief. This office is communicating with agency counsel in that regard and more time is required to resolve the settlement issues.

   Based upon the foregoing, it is respectfully requested that the conference before Your Honor be adjourned to July 31, 2012 at a time convenient to the Court. We hope to have come to a resolution concerning settlement by that time. Plaintiff's counsel consents to this request. Thank you.

Respectfully,

Mary Kim
Assistant Attorney General
(212) 416-8687

cc:   Via Facsimile (212) 521-7754
      Nicholas Folly, Esq.