

**DEBEVOISE & PLIMPTON LLP**

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

July 30, 2012

BY HAND DELIVERY

**MEMO ENDORSED**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

<u>Michael Torres v. DOCCS</u>, Case No. 11 Civ. 5762 (RMB)

Dear Judge Berman:

      Plaintiff respectfully requests an adjournment of the conference scheduled before Your Honor on Tuesday, July 31, 2012 at 9:30am. The parties have been in ongoing settlement negotiations. Defendants' counsel recently proposed a final settlement offer and Plaintiff's counsel has been unable to discuss the final offer with Plaintiff Michael Torres. We therefore respectfully request that the Court adjourn the July 31 status conference until September 12, 2012. Counsel for the defendants has consented to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/12

Respectfully submitted,

*Nicholas Folly*

Nicholas Folly

cc:  Mary Y. J. Kim
Office of the New York Attorney General
Division of State Counsel
120 Broadway, Floor 23
New York, New York 10007
Tel. (212) 416-8687
Fax: (212) 416-6075

The conference on 7/31/12 is adjourned to 9/12/12 at 10:00 a.m.

SO ORDERED:
Date: 7/30/12

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai