# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

## MEMO ENDORSED

September 11, 2012

BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



RECEIVED
SEP 11 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

### Michael Torres v. DOCCS, Case No. 11 Civ. 5762 (RMB)

Dear Judge Berman:

    Plaintiff respectfully requests an adjournment of the conference scheduled before Your Honor on Wednesday, September 12, 2012 at 10:00am. The parties have been in ongoing settlement negotiations and have agreed to one final settlement conference before Magistrate Judge Freeman on September 19, 2012, at 3:00pm. We therefore respectfully request that the Court adjourn the September 12 status conference until after September 19, 2012. Counsel for the defendants has consented to this request.

Respectfully submitted,

*Nicholas Folly*

Nicholas Folly

cc: Mary Y. J. Kim
Office of the New York Attorney General
Division of State Counsel
120 Broadway, Floor 23
New York, New York 10007
Tel: (212) 416-8687
Fax: (212) 416-6075

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/12

Application granted. The 9/12/12 conference is adjourned to 9/20/12 at 9:30 A.M. Defendant to make arrangements for Plaintiff to appear by phone.
SO ORDERED:
Date: 9/11/12
Richard M. Berman, U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai