USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-19-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL TORRES,

                      Plaintiff,

      -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS, et al.,

                      Defendants.
------------------------------------------------------------X

11 Civ. 5762 (RMB) (DCF)

**ADMINISTRATIVE ORDER**

      The status conference scheduled for Thursday, September 20, 2012 at 9:30 a.m. is hereby adjourned to Thursday, September 27, 2012 at 11:30 a.m. Defense counsel shall arrange for Plaintiff to appear by telephone.

Dated: New York, New York
       September 19, 2012

_____
RICHARD M. BERMAN, U.S.D.J.