UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL TORRES,

                Plaintiff,

              -against-

NEW YORK STATE DEPARTMENT OF
CORRECTIONS, et al.,

              Defendants.
------------------------------------------------------------X

11 Civ. 5762 (RMB)

**ORDER OF DISCONTINUANCE**

     Based upon the parties' letter, dated September 19, 2012, stating that "[t]he parties respectfully report that [they] have reached a settlement agreement," it is hereby

     **ORDERED** that the conference scheduled for September 27, 2012 is vacated; and it is further

     **ORDERED** that the above-entitled action be, and the same hereby is, discontinued, provided, however, that the parties may apply, on or before October 11, 2012 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated: New York, New York
          September 20, 2012

                                                                 _____
                                                                 RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/12