DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022



October 9, 2012



BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**<u>Michael Torres v. DOCCS</u>, Case No. 11 Civ. 5762 (RMB)**

Dear Judge Berman:

      Plaintiff respectfully requests an extension of the October 11, 2012 deadline for requesting restoration of the above captioned matter to Your Honor's calendar. The parties have been drafting a written settlement agreement and proposed order of discontinuance, but have not yet finalized the agreements. We therefore respectfully request that the Court extend the October 11, 2012 deadline for an additional two weeks so that the parties can finalize the agreements. Counsel for the defendants has consented to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/12

Respectfully submitted,

*Nicholas Folly*

Nicholas Folly

cc:   Mary Y. J. Kim
      Office of the New York Attorney General
      Division of State Counsel
      120 Broadway, Floor 23
      New York, New York 10007
      Tel. (212) 416-8687
      Fax: (212) 416-6075

Application Granted (Final)

SO ORDERED
Date: 10/10/12    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai