# DEBEVOISE & PLIMPTON LLP

**MEMO ENDORSED**

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2012

October 23, 2012

BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



RECEIVED
OCT 24 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

<u>Michael Torres v. DOCCS</u>, Case No. 11 Civ. 5762 (RMB)

Dear Judge Berman:

Plaintiff respectfully requests an extension of the October 25, 2012 deadline for requesting restoration of the above captioned matter to Your Honor's calendar. Plaintiff requires additional time to fully review the written settlement agreement. Plaintiff's counsel has reviewed the agreement for several hours with Plaintiff, but Plaintiff still does not fully understand the entire agreement and requires more time for review. We therefore respectfully request that the Court extend the October 25, 2012 deadline for an additional two weeks so that Plaintiff can have additional time to review the agreement. Counsel for the defendants has consented to this request.

Respectfully submitted,

*Nicholas Folly*

Nicholas Folly

cc: Mary Y. J. Kim
Office of the New York Attorney General
Division of State Counsel
120 Broadway, Floor 23
New York, New York 10007
Tel. (212) 416-8687
Fax: (212) 416-6075

The Court believes the prior extension had been marked "final" for 10/25.

SO ORDERED
Date: 10/25/12
*Richard M. Berman*
Richard M. Berman, U.S.D.J.