# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/14/12



RECEIVED
NOV 14 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J

November 13, 2012

BY HAND DELIVERY

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Michael Torres v. DOCCS**, Case No. 11 Civ. 5762 (RMB)

Dear Judge Berman:

On behalf of Plaintiff Michael Torres, I'm writing to ascertain the current status of this matter.  On October 25, 2012, this Court denied Plaintiff's request for an adjournment to continue the parties' efforts to complete a settlement.  Because the parties had not yet been able to finalize a settlement agreement, Plaintiff submitted a letter before the October 25, 2012 noon deadline, requesting that the case be restored to the calendar.  Since that date, the parties have continued to work on finalizing the settlement agreement and respectfully request additional time to do so.  However, if such an extension is not granted, Plaintiff respectfully requests a ruling on his October 25 request to restore this case to the calendar.

Respectfully submitted,

Nicholas Folly

Nicholas Folly

cc:   Mary Y. J. Kim
      Office of the New York Attorney General
      Division of State Counsel
      120 Broadway, Floor 23
      New York, New York 10007
      Tel. (212) 416-8687
      Fax: (212) 416-6075

It is not clear to the Court why the same effort can not be applied to resolve the case, as is applied to writing about the case (but not explaining the holdup).

SO ORDERED:
Date: 11/14/12

Richard M. Berman
Richard M. Berman, U.S.D.J.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai